IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-cr-2 (MTT) |
| | ) |
| ANTONIO JERNARD WHITEHEAD, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Defendant Antonio Jernard Whitehead pleaded guilty to count two of an indictment charging him with possession of fentanyl with intent to distribute and was sentenced on June 5, 2024, to a term of 168 months in prison, consecutive to revocation sentences in two prior federal cases, for a total term of 216 months. Docs 20; 29. Whitehead has since filed two *pro se* motions requesting a statement from the Court showing that he received a two-point reduction "so it can be readjusted off [his] criminal history."[1] Docs. 39, 40. United States Magistrate Charles H. Weigle recommends that both motions be denied. Doc. 41. There are no objections, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 41) is **ADOPTED** and made the Order of the Court. Accordingly, both of Whitehead's motions (Docs. 39; 40) are **DENIED**.

---

[1] Although it is not clear what relief Whitehead is seeking, his requests do not appear to be authorized by statute or the Sentencing Guidelines and are unsupported by the record.

**SO ORDERED**, this 27th day of May, 2025.

                                                <u>S/ Marc T. Treadwell</u>
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT